**William E. BROOKS, Appellant,**

v.

**UNITED STATES, Appellee.**

No. 2439.

Municipal Court of Appeals for the District of Columbia.

Argued Sept. 21, 1959.

Decided Nov. 4, 1959.
Rehearing Denied Dec. 29, 1959.

———◇———

T. Emmett McKenzie, Washington, D. C., for appellant.

Stephen C. Bransdorfer, Sp. Asst. U. S. Atty., Washington, D. C., with whom Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., Washington, D. C., were on the brief, for appellee.

Before HOOD and QUINN, Associate Judges, and CAYTON (Chief Judge, Retired) sitting by designation under Code § 11-776(b).

PER CURIAM.

Appellant was convicted of petit larceny [1] by the court, trial by jury having been waived. On appeal he contends that the evidence was insufficient to support the judgment. We have examined the record and conclude that there was ample evidence to justify the finding.

Affirmed.

1. Code 1951, 22-2202 (Supp. VII).